DATE: 8/10/17
LOCATION: Plano
JUDGE: Kimberly C. Priest Johnson
DEPUTY CLERK: Toya McEwen
COURT REPORTER: Digital Recording
USPO: ___
INTERPRETER: ___
BEGIN: 11:11:04 am (sidebar)

Total time: 4 m

CASE NUMBER: 4:17-cr-122 ALM/KPJ

Will Tatum — Assigned / Appeared

VS

PEYTON AMBROSE PASCHALL (3)
Defendant

Ronald Wells, RET
Attorney

FILED AUG 10 2017
Clerk, U.S. District Court
Texas Eastern

☑ REOPEN DETENTION HEARING (Motion to reopen detention Dkt.53)

☑ CASE CALLED    ☑ DEFENDANT SWORN    ☐ INTERPRETER SWORN
☐ Government announced ready.    ☑ Government withdrew Motion for detention.
☐ Defendant appeared with counsel.    ☐ Defendant appeared without counsel.    ☐ Defendant announced ready.
☐ Presumption Case
☑ CONDITIONS OF RELEASE ENTERED, Court read conditions into the record.
☑ Defendant agreed to comply with conditions

☐ Government witnesses:

☐ Defendant witnesses:

PROCEEDINGS:

Court determines to ☐ DETAIN ___   ☑ RELEASE after out-processing

CRIM 92-116    ☐ See reverse/attached for additional proceedings    11:20:44 Adjourn