IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:17CR122 |
| PEYTON AMBROSE PASCHALL | § | Judge Mazzant |

## NOTICE OF PLEA

Now Comes the United States of America by and through its United States Attorney and would show the Court the Defendant, PEYTON AMBROSE PASCHALL, and the Government have entered into a plea in relation to the charges now pending before this Court.

    Respectfully submitted,
    JOSEPH D. BROWN
    UNITED STATES ATTORNEY

    /s/ William R. Tatum
    WILLIAM R. TATUM
    Assistant United States Attorney
    600 East Taylor, Suite 2000
    Sherman, Texas 75090
    Texas Bar No. 24037585
    Telephone: 903/868-9454
    Facsimile: 903/892-2792
    William.Tatum@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed on this the 13th day of March, 2018, and defense counsel was notified by electronic notification.

    /s/ William R. Tatum
    WILLIAM R. TATUM