IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:17CR122 |
| | § | Judge Mazzant |
| PEYTON AMBROSE PASCHALL | § | |

**<u>AMENDED ELEMENTS OF THE OFFENSE</u>**

You are charged in Count Five of the indictment with a violation of 21 U.S.C. § 841(a)(1), distribute and possess with intent to distribute methamphetamine. The essential elements which must be proven beyond a reasonable doubt to establish the 21 U.S.C. § 841(a)(1) violation are:

1. That you knowingly possessed a controlled substance;

2. That the substance was in fact methamphetamine; and

3. That you possessed the substance with the intent to distribute.

4. That the amount of methamphetamine was greater than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or greater than 5 grams actual methamphetamine.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/ William R. Tatum
WILLIAM R. TATUM
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24037585
Telephone: 903/868-9454
Facsimile: 903/892-2792
William.Tatum@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this the 16th day of March, 2018, and defense counsel was notified by electronic notification.

/s/ William R. Tatum
WILLIAM R. TATUM