DATE  3/28/18
LOCATION  Plano
JUDGE  Kimberly C. Priest Johnson
DEPUTY CLERK  Toya McEwen
COURT REPORTER: Digital Recording
USPO: Tiffany Rauth + Fred Forner
INTERPRETER: _____
BEGIN  11:02 am

Total time: a minutes

CASE NUMBER  4:17-cr-122 ALM/KPJ
USA  Will Tatum  ☑ Assigned
VS  Will Tatum  ☑ Appeared

PEYTON AMBROSE PASCHALL (3)
DEFENDANT
Ronald Wells, RET
ATTORNEY

**FILED**
MAR 28 2018
Clerk, U.S. District Court
Texas Eastern

☑ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement or Addendum

☑ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Interpreter Required.

☑ Dft appeared: ☑ with counsel  Ronald Wells  and signed Consent to Administration of Guilty Plea
☑ Defendant to plea guilty to Count (s)  Five (5)  of Indictment
☑ Court found defendant competent for change of plea hearing.
☑ Defendant acknowledged satisfaction with representation of counsel
☑ Defendant waived reading indictment.
☑ AUSA stated essential elements to be proven
☑ Defendant acknowledged understanding the essential elements and Defendant acknowledged having committed the elements.
☑ Court  ☐ AUSA  stated range of penalty.
☑ Defendant advised of Constitutional rights.  ☑ Defendant acknowledged understanding Constitutional rights.
☑ Court reviewed rights regarding a plea of guilty and right to appeal.
☑ Reviewed Plea agreement with defendant.
☑ Reviewed ☑ Factual Basis ☐ Statement of Facts  with defendant.
☑ AUSA and Defendant acknowledged factual basis has been established.
☑ Consent, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.
☐ Court advised defendant of deportation possibilities.  ☐ Defendant acknowledged understanding deportation possibility.
☐ Forfeiture provision explained to Defendant  ☐ Defendant acknowledged understanding forfeiture provision.
☐ Court advised defendant of requirement to register as sex offender.  ☐ Defendant acknowledged understanding registration requirement.
☑ Defendant entered plea of guilty to Count  Five of the Indictment.
☑ Court will recommend district court accept plea of guilty.
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☐ Defendant remanded to custody of U.S. Marshal.
☑ Defendant to remain on Conditions of Release
☐ _____

☑ Court recessed.  11:21 am

11:21 am  Adjourn