IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 4:17-CR-00122-ALM |
| v. | § § § | |
| PEYTON AMBROSE PASCHALL (3), | § | |

**WAIVER AND CONSENT TO PROCEED BEFORE UNITED STATES
MAGISTRATE JUDGE FOR ENTRY OF GUILTY PLEA**

I am aware of my right to appear in open court and be addressed personally by a United States district judge when I enter my guilty plea in this case.

I hereby knowingly, voluntarily and with advice of counsel waive my right to enter my guilty plea before a district judge, and I consent to have United States Magistrate Judge Kimberly C. Priest Johnson <u>hear, accept and bind me to my guilty plea</u> and <u>make all appropriate fact findings and determinations</u> required by law including findings as to whether:

1. I am fully competent and capable of entering an informed plea;
2. I am aware of the nature of the charge(s) and consequences of my plea;
3. My plea of guilty is a knowing and voluntary plea; and
4. My plea of guilty is supported by an independent basis in fact containing each of the essential elements of the offense(s).

I understand and agree that (a) the United States district judge assigned to my case may accept or reject my plea agreement, or defer such decision until the court reviews the presentence report; (b) upon conviction, sentencing will be conducted by a United States district judge; and (c) substantive or procedural concerns about my guilty plea proceedings before the magistrate judge are subject to *de novo* review by a United States district judge.

Signed this March 28, 2018.

_____     _____
Attorney for Defendant                                  Defendant

_____
Assistant United States Attorney