

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:17CR122 |
| | § | Judge Mazzant |
| PEYTON AMBROSE PASCHALL | § | |

## FACTUAL BASIS

The defendant, **PEYTON AMBROSE PASCHALL**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant who is changing her plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas.

3. That the defendant knowingly possessed a controlled substance.

4. That the substance was in fact methamphetamine.

5. The defendant possessed the substance with the intent to distribute it or distributed it.

6. That the quantity of the substance was at least 5 grams of methamphetamine (actual).

7. That on June 29, 2017, the defendant, and another person named Jesse Sullivan, sold approximately 4 ounces of methamphetamine to an undercover agent at their residence in Plano, Texas, in the Eastern District of Texas.

Factual Basis – Page 1

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.  I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3-7-18

PEYTON AMBROSE PASCHALL
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9.  I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 3-7-18

RON WELLS
Attorney for the defendant

Factual Basis – Page 2