# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 9/11/2018

| **DISTRICT JUDGE** | **COURT REPORTER:** Jan Mason |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |
| USA vs. PEYTON AMBROSE PASCHALL | 4:17CR122 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Ernest Gonzalez, AUSA | Ronald David Wells |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: SENTENCING |
|---|---|
| 10:09 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. No corrections and no objections by the Government. No corrections, comments, or additions except for the objections. Defendant withdraws the objections to the PSR. Court orally grants request to withdraw objections to the PSR. Court adopts the PSR. |
| 10:11 a.m. | Court notes Defendant plead guilty to Count 5 of the Indictment. Court adopts the plea agreement. |
| 10:11 a.m. | TOL: 25, CHC I, 57-71 months on Count 5 of the Indictment. Court heard from Mr. Wells. Response from Ernest Gonzalez on behalf of the Government. Court notes that he has reviewed character letters on behalf of Defendant. |
| 10:15 a.m. | Defendant allocuted. |
| 10:18 a.m. | Sentence imposed: total term of 57 months on Count 5 of the Indictment; appropriate drug and mental health treatment; fine waived, special assessment of $100, and supervised release term of 4 years. Defendant is ineligible for federal benefits for a period of 5 years. |
| 10:20 a.m. | Dft requested BOP: Ft. Worth Carswell area. Rights of appeal are addressed. |
| 10:21 a.m. | Government orally moves to dismiss all remaining charges against the Defendant. |
| 10:25 a.m. | Defendant will remain on bond pending her self report date of October 2, 2018 at 2:00 pm. Court orders Defendant to self report on that date. |
| 10:27 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:     *Keary Conrad*