Case 4:17-cr-00122-ALM-KPJ   Document 171   Filed 10/27/23   Page 1 of 1 PageID #:
Case 3:23-cr-00385-X   Document 1   Filed 09/22/23   Page 1 of 2   PageID 1
628

PROB 22
(Rev. 04/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:17CR00122-3

DOCKET NUMBER *(Rec. Court)*
3:23-cr-385

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Peyton Ambrose Paschall | Eastern District of Texas | Sherman Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Amos L. Mazzant, III United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/14/2022 — TO 01/13/2026 |

OFFENSE

Title 21 U.S.C. §§841(a)(1) & (b)(1)(B) – Distribute and Possess with the Intent to Distribute Five Grams or more of Methamphetamine or 50 Grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction.

September 14, 2023
*Date*

*/s/ Amos Mazzant*
*United States District Judge*
AMOS L. MAZZANT, III

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/22/2023
*Effective Date*

*United States District Judge*

**FILED**
**September 22, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT